# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Maruwa Shokai Guam, Inc., | Case No. 1:00-cv-00029 |
| Plaintiff, | |
| vs. | |
| M/V Kana-Maru No. 1, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Order re Request for an Order to Transfer Ownership of Vessel filed November 14, 2005,* on the dates indicated below:

Zamsky Law Firm      Carlsmith Ball        Berman, O'Connor, Mann and Shklov
November 15, 2005    November 15, 2005    November 15, 2005

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Request for an Order to Transfer Ownership of Vessel filed November 14, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005                    /s/ Renee M. Martinez
                                                      Deputy Clerk