FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., Plaintiff v. M/V KANA-MARU NO. 1, et al., Defendant | Civil Case No. 00-00029 |
| M/V KANA-MARU NO. 1, et al., Counterclaim Plaintiff v. MARUWA SHOKAI GUAM, INC., Counterclaim Defendant and SANKO BUSSAN CO., LTD., Claimant/Plaintiff-in-Intervention | ORDER SETTING STATUS CONFERENCE |

BASED UPON the February 22, 2006, filing of Sanko Bussan Co., Ltd., it appears to the court that Sanko Bussan has taken all necessary steps to enforce the Stipulated Judgment and Order filed in this court on June 21, 2001. Accordingly,

IT IS ORDERED that a status conference in this matter will be held on Tuesday, March 21, 2006, at 9:00 at the Guam District Court. All interested parties and their attorneys are to appear at the conference. Failure, in particular, of the attorney and representatives of M/V KANA-MARU NO. 1, *et al.* to appear may result in the court granting the requested relief on that day without further court proceedings.

Should the parties satisfactorily and finally resolve this matter prior to March 21, 2006, at 9:00 a.m., they shall notify the court immediately.

IT IS SO ORDERED.

ALEX R. MUNSON
Judge




FEB 27 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

FILED
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT




IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., Plaintiff v. M/V KANA-MARU NO. 1, et al., Defendant | Civil Case No. 00-00029 |
| M/V KANA-MARU NO. 1, et al., Counterclaim Plaintiff v. MARUWA SHOKAI GUAM, INC., Counterclaim Defendant and SANKO BUSSAN CO., LTD., Claimant/Plaintiff-in-Intervention | ORDER SETTING STATUS CONFERENCE |

BASED UPON the February 22, 2006, filing of Sanko Bussan Co., Ltd., it appears to the court that Sanko Bussan has taken all necessary steps to enforce the Stipulated Judgment and Order filed in this court on June 21, 2001. Accordingly,

IT IS ORDERED that a status conference in this matter will be held on Tuesday, March 21, 2006, at 9:00 at the Guam District Court. All interested parties and their attorneys are to appear at the conference. Failure, in particular, of the attorney and representatives of M/V KANA-MARU NO. 1, *et al.* to appear may result in the court granting the requested relief on that day without further court proceedings.

Should the parties satisfactorily and finally resolve this matter prior to March 21, 2006, at 9:00 a.m., they shall notify the court immediately.

IT IS SO ORDERED.

Alex R. Munson

ALEX R. MUNSON
Judge