# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Maruwa Shokai Guam, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>M/V Kana-Maru No. 1, et al.,<br><br>Defendants. | Case No. 1:00-cv-00029<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order Setting Hearing filed February 27, 2006, on the dates indicated below:

| Berman, O'Connor, Mann and Shklov | Zamsky Law Firm | Carlsmith Ball |
|---|---|---|
| February 27, 2006 | March 2, 2006 | February 27, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Setting Hearing

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 2, 2006                         /s/ Renee M. Martinez
                                                              Deputy Clerk