BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for: *M/V KANA-MARU NO. 1*
and *TOSHIHIKO IKEMA*

FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>　　　　Defendants.<br>_____<br>TOSHIHIKO IKEMA,<br><br>　　　　Counterclaim-Plaintiff,<br><br>vs.<br><br>MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>　　　　Counterclaim-Defendant.<br>_____<br>M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>　　　　Third-Party-Plaintiffs,<br><br>vs.<br><br>MARUWA SHOKAI, LTD., a Japan corporation,<br><br>　　　　Third-Party Defendant.<br>_____ | CIVIL CASE NO. CIV00-00029<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS TOSHIHIKO IKEMA AND M/V KANA-MARU NO. 1** |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TOSHIHIKO IKEMA AND M/V KANA-MARU NO. 1

Defendants' counsel moves the Honorable Court to Withdraw as Counsel for Defendants

E:\Jean\Plds\3389.wpd

ORIGINAL

Toshihiko Ikema and M/V Kana-Maru No. 1.

Dated this **20th** day of March, 2006.

          **BERMAN O'CONNOR MANN & SHKLOV**
          Attorneys for *M/V KANA-MARU NO. 1* and *TOSHIHIKO IKEMA*

BY: _____
          **DANIEL J. BERMAN**

E:\Jean\Plds\3389.wpd