BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for *M/V KANA-MARU NO. 1*
and *TOSHIHIKO IKEMA*

**FILED**
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>　　　　　Defendants.<br>―――――――――――――――<br>TOSHIHIKO IKEMA,<br><br>　　　　　Counterclaim-Plaintiff,<br><br>　vs.<br><br>MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>　　　　　Counterclaim-Defendant.<br>―――――――――――――――<br>M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>　　　　　Third-Party-Plaintiffs,<br><br>　vs.<br><br>MARUWA SHOKAI, LTD., a Japan corporation,<br><br>　　　　　Third-Party Defendant. | CIVIL CASE NO. CIV00-00029<br><br>**MOTION AND MEMORANDUM TO WITHDRAW AS COUNSEL** |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Daniel J. Berman, Esq., of the Law Office of Berman O'Connor Mann & Shklov,

E:\Jean\Plds\3390.wpd

**ORIGINAL**

and hereby requests this Court for an Order granting Motion to Withdraw as counsel of record for Defendants Toshihiko Ikema and M/V Kana-Maru No. 1 due to the financial burden to them and a failure of any communication. This request is supported by the Memorandum of Points and Authorities below and the Declaration of Daniel J. Berman, Esq., filed contemporaneously herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Law Office of Berman O'Connor Mann & Shklov brings on this Motion to Withdraw as the Counsel of Record for Defendants Ikema and M/V Kana-Maru No. 1, due to the cost of further legal representation and a failure to participate in any communication.

Counsel finds it not possible to continue to represent Defendants Ikema and M/V Kana-Maru No. 1 in light of the clients' failure of any communication and failure to pay the contract compensation due to counsel. This request to withdraw is made in compliance with the letter of the Rules of Professional Responsibility, and with the desire not to prejudice the rights of the clients in this matter.

Rule 1.16 Declining or Terminating Representation states that a lawyer shall withdraw when:

    (a)(3). The lawyer is discharged;

    (c) a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse affect on the interests of the client, if

    ...

    (4). The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

The Rules make it clear that a lawyer must withdraw from representing clients when actions of the clients make it impossible for the lawyer to effectively represent the client. Here, client has failed to communicate with counsel and failed to pay its debt due to counsel

E:\Jean\Plds\3390.wpd

As the Declaration accompanying this Motion illustrates, the counsel has notified the clients in writing that he will terminate representation based on clients' reluctance to pay any fees and failure to communicate, rendering the continued representation impossible.

For these reasons, Daniel J. Berman, Esq., and the Law Offices of Berman O'Connor Mann & Shklov, respectfully request that they be permitted to withdraw as the counsel of record for the Defendants Ikema and M/V Kana-Maru No. 1 herein.

Dated this **20TH** day of March, 2006.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for *M/V KANA-MARU NO. 1* and *TOSHIHIKO IKEMA*

BY: _____
DANIEL J. BERMAN

E:\Jean\Plds\3390.wpd