1  BERMAN O'CONNOR MANN & SHKLOV
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778

4  Attorneys for *M/V KANA-MARU NO. 1*
   and *TOSHIHIKO IKEMA*
5

FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA, <br><br> Defendants. | CIVIL CASE NO. CIV00-00029 <br><br><br><br><br> **DECLARATION OF COUNSEL** |
| TOSHIHIKO IKEMA, <br><br> Counterclaim-Plaintiff, <br><br> vs. <br><br> MARUWA SHOKAI GUAM, INC., a Guam corporation, <br><br> Counterclaim-Defendant. | |
| M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA, <br><br> Third-Party-Plaintiffs, <br><br> vs. <br><br> MARUWA SHOKAI, LTD., a Japan corporation, <br><br> Third-Party Defendant. | |

### **DECLARATION OF COUNSEL**

I, Daniel J. Berman, being of legal age and currently residing in the Territory of Guam hereby

E:\Jean\Plds\3391.wpd

**ORIGINAL**

declare and state as follows:

1. The statements made in this Declaration are true, correct and complete to the best of my knowledge and prepared in support of the Motion to Withdraw as Counsel;

2. My law firm has been employed as counsel for the Defendants Toshihiko Ikema and M/V Kana-Maru No. 1 (herein "Defendant") in the above captioned action.

3. On November 17, 2005, I sent notice and written a letter to Toshihiko Ikema at his last known address via registered mail, return receipt requested. This letter notified Mr. Ikema of the legal issues arising in the above captioned case. I had requested but received no reply to this letter.

4. On February 4, 2006, I sent notice of counsel's intent to file a motion to withdraw and terminate legal representation based on his failure to communicate and pay the expenses of legal representation. Therein, I explained that the civil action was again coming on calendar based on certain papers filed by the party Sanko Bussan Co., Ltd.

5. On March 1, 2006, I notified in writing Toshihiko Ikema of the failures of communication and failure to pay the debt due for legal services to my law firm. Specifically, I provided notice that I will file a motion to withdraw as their attorney of record in this matter if I did not hear any reply within 14 days of the date of the letter.

6. On March 1, 2006, my notice to Toshihiko Ikema included a notice of status conference set in the Guam District Court on March 21, 2006, at 9:00 A.M.

7. A copy of this motion is provided to the last known address of Defendants Toshihiko Ikema and M/V Kana-Maru No. 1 at 110 Asa-Maesatozoe, Irabu-Cho, Miyakojima, Okinawa - Nation of Japan.

8. I have not received any reply contact, in writing or orally, from Toshihiko Ikema for over five months.

E:\Jean\Plds\3391.wpd

```
 1 │ Maruwa Shokai Guam, Inc. vs M/V Kana-Maru No. 1, et al.            CIV00-00029
   │ DECLARATION OF COUNSEL                                             PAGE   1
 2 │
===========================================================================
 3 │
 4 │      I declare under penalty of perjury under the laws of the Territory of Guam that the foregoing
 5 │ statements are true and correct to the best of my knowledge.
 6 │      Dated this **20TH** day of March, 2006.
 7 │                                      **BERMAN O'CONNOR MANN & SHKLOV**
   │                                      Attorneys for *M/V KANA-MARU NO. 1* and
   │                                      *TOSHIHIKO IKEMA*
 8 │
 9 │
10 │                              BY:     _____/s/ Daniel Berman_____
   │                                      **DANIEL J. BERMAN**
11 │
...
28 │ E:\Jean\Plds\3391.wpd
```