```
1  BERMAN O'CONNOR MANN & SHKLOV
   Suite 503, Bank of Guam Building
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778

4  Attorneys for M/V KANA-MARU NO. 1
   and TOSHIHIKO IKEMA
```

FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>Defendants. | CIVIL CASE NO. CIV00-00029<br><br>**CERTIFICATE OF SERVICE** |
| TOSHIHIKO IKEMA,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>Counterclaim-Defendant. | |
| M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>Third-Party-Plaintiffs,<br><br>vs.<br><br>MARUWA SHOKAI, LTD., a Japan corporation,<br><br>Third-Party Defendant. | |

### CERTIFICATE OF SERVICE

I, Jeannette F. Rivera hereby certify that a true and accurate copy of the Motion to Withdraw as

E:\Jean\Plds\3392.wpd

**ORIGINAL**

Counsel, Motion to Withdraw as Counsel, Declaration of Counsel and proposed Order Allowing Withdrawal as Counsel for Defendant Toshihiko Ikema were served on March 20, 2006 to opposing counsel and parties as set forth below:

### VIA U.S. MAIL FIRST CLASS, POSTAGE PREPAID

Toshihiko Ikema
110 Asa-Maesatozoe
Irabu-Cho, Miyakojima
Okinawa - Nation of Japan

### VIA HAND DELIVERY

David P. Ledger, Esq.
Carlsmith Ball LLP
Bank of Hawaii Building, Suite 401
134 W. Soledad Avenue
Hagåtña, Guam 96910

and

### VIA U.S. MAIL, FIRST CLASS POSTAGE PREPAID

Steven A. Zamsky, Esq.
Zamsky Law Firm
Suite 805, GCIC Building
414 W. Soledad Avenue
Hagatna, GUam 96910

Dated this 20TH day March, 2006.

By: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\3392.wpd