

FILED
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

## CIVIL MINUTES

CASE NO. CV-00-00029     DATE: 03/21/2006

CAPTION: MARUWA SHOKAI GUAM, INC. - vs - KANA-MARU NO. 1     TIME: 9:02 a.m.

***

**HON. ALEX R. MUNSON, Designated Judge, Presiding**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:02:28 - 9:05:11

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**

DAVID LEDGER - SANKO BUSSAN

**COUNSEL FOR DEFENDANT(s):**

MICHAEL J. BERMAN for TOSHIHIKO AKIMA

***

## PROCEEDINGS:

- MOTION TO TRANSFER OWNERSHIP OF VESSEL TO PLAINTIFF IN INTERVENTION
- MOTION TO WITHDRAW AS COUNSEL FOR M/V KANA-MARU AND TOSHIHIKO IKEMA

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT
( X ) MOTIONS  X  Granted  ___Denied  ___Settled  ___Withdrawn  ___ Under Advisement
( X ) ORDERS SUBMITTED   X  Approved   ____Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Mr. Berman informed the Court that he has tried to contact his client, however, he has been unsuccessful. He stated that because he has not received any instruction from his client, he does not oppose the motion to transfer ownership. GRANTED.

Mr. Ledger had no objection to the motion to withdraw as counsel. GRANTED.

Courtroom Deputy: _____