BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for *M/V KANA-MARU NO. 1*
and TOSHIHIKO IKEMA

FILED
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>Defendants.<br>_____<br>TOSHIHIKO IKEMA,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>MARUWA SHOKAI GUAM, INC., a Guam corporation,<br><br>Counterclaim-Defendant.<br>_____<br>M/V KANA-MARU NO. 1 and TOSHIHIKO IKEMA,<br><br>Third-Party-Plaintiffs,<br><br>vs.<br><br>MARUWA SHOKAI, LTD., a Japan corporation,<br><br>Third-Party Defendant. | CIVIL CASE NO. CIV00-00029<br><br><br><br><br><br><br><br><br><br>**ORDER ALLOWING WITHDRAWAL AS COUNSEL FOR DEFENDANTS TOSHIHIKO IKEMA AND M/V KANA-MARU NO. 1** |

## ORDER ALLOWING WITHDRAWAL AS COUNSEL FOR DEFENDANTS TOSHIHIKO IKEMA AND M/V KANA-MARU NO. 1

For good cause shown, the Motion of Daniel J. Berman, Esq. and the law firm of Berman

E:\Jean\Plds\3393.wpd

ORIGINAL

| | |
|---|---|
| Maruwa Shokai Guam, Inc. vs M/V Kana-Maru No. 1, et al.<br>ORDER ALLOWING WITHDRAWAL AS<br>COUNSEL FOR DEFENDANT TOSHIHIKO IKEMA | CIV00-00029<br>PAGE 2 |

O'Connor Mann & Shklov to withdraw as counsel of record for Defendants TOSHIHIKO IKEMA and M/V KANA-MARU NO. 1, is hereby granted.

SO ORDERED THIS 21st day of MARCH, 2006.

By: _____
**JUDGE, DISTRICT COURT OF GUAM**

**RECEIVED**
MAR 20 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

E:\Jean\Plds\3393.wpd