CARLSMITH BALL LLP

DAVID LEDGER
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Sanko Bussan Co., Ltd.

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MARUWA SHOKAI GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> M/V KANA-MARU NO. 1, et al., <br><br> Defendant. | CIVIL CASE NO. 00-00029 <br><br><br> **DECLARATION OF SERVICE** |
| M/V KANA-MARU NO. 1, et al., <br><br> Counterclaim-Plaintiff, <br><br> vs. <br><br> MARUWA SHOKAI GUAM, INC. <br><br> Counterclaim-Defendant, <br><br> and <br><br> SANKO BUSSAN CO., LTD. <br><br> Claimant/Plaintiff-in-Intervention. | |

4810-7014-4512.1.053394-00007



I, DAVID LEDGER, pursuant to 28 U.S.C. Section 1746, hereby declare under penalty of perjury of the laws of the United States that on March 23, 2006, I served, via hand delivery, a copy of the ORDER GRANTING OWNERSHIP OF VESSEL TO PLAINTIFF IN INTERVENTION, SANKO BUSSAN CO., LTD. (FILED 03/21/2006) on the following counsel of record:

> Steven A. Zamsky, Esq.
> Zamsky Law Firm

and

> Daniel J. Berman, Esq.
> Berman O'Connor & Mann & Shklov
> Suite 503, Bank of Guam Building
> 111 Chalan Santo Papa
> Hagåtña, Guam 96910

I, DAVID LEDGER, pursuant to 28 U.S.C. Section 1746, hereby further declare under penalty of perjury of the laws of the United States that on March 23, 2006, I served, via DHL courier a copy of the above pleading on Toshihiko Ikema at the following address: 110 Aza Maesatozoe, Irabu-cho, Miyakojima, Okinawa.

Executed at Hagåtña, Guam on March 23, 2006.

_____
DAVID LEDGER